**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANTHONY GLENN SMITH, JR.**                                                      **PLAINTIFF**
**ADC # 146084**

**V.                               NO.   4:11CV00770-SWW-BD**

**PERRY COUNTY DETENTION CENTER, et al.**                              **DEFENDANT**S

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright. Mr. Smith – or any party – may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

>Mail objections and "Statements of Necessity" to:
>
>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**II.     Discussion**

On October 24, 2011, Plaintiff Anthony Glenn Smith, Jr., once an inmate in the Perry County Detention Center, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #2) An Order was entered on October 25, 2011, denying Mr. Smith's motion for leave to proceed *in forma pauperis*, and directing him to file, within 30 days, a completed application or statement of account with a calculation sheet. In addition the Court ordered him to file, again within 30 days, an amended and substituted complaint to clarify his claims against Defendant Johnson.

The time for filing a complete *in forma pauperis* application and an amended complaint has passed, and Mr. Smith has not complied with the October 25, 2011 Order. Mr. Smith was warned that failure to comply with the Court's Order could result in dismissal of his case.

Further, it appears that Mr. Smith is no longer being housed at the Perry County Detention Center, as evidenced by mail returned to the court as undeliverable. (#5) He has failed to notify the Court of his new address.

**III.    Conclusion**

Because Mr. Smith has not complied with the Court's Order and has failed to notify the Court of his new address, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 15th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE