**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY GLENN SMITH, JR.**                                                **PLAINTIFF**
**ADC # 146084**

**V.**                     **NO.   4:11CV00770-SWW-BD**

**PERRY COUNTY DETENTION CENTER, et al.**                     **DEFENDANTS**

## ORDER

The Court has received Magistrate Judge Beth Deere's Recommended Disposition ("Recommendation").  No objections to the Recommendation have been filed.  The Recommendation should be, and hereby is, approved and adopted in all respects.

Plaintiff's complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2) for failure to comply with the court's order of October 25, 2011 and failure to provide the Court with his new address.

IS SO ORDERED, this 29th day of December 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE