# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANTHONY GLENN SMITH, JR.,**                                       **PLAINTIFF**
**ADC # 146084**

**V.**                 **NO.   4:11CV00770-SWW-BD**

**PERRY COUNTY DETENTION CENTER, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of December 2011.

                                                  /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE